

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-13-00141-CR

---

JASON IRA HOSEY, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 11 F 0798 005

---

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Court reporter Leslie P. Bates recorded the trial court proceedings in cause number 06-13-00141-CR, styled *Jason Ira Hosey v. The State of Texas* (tried in the 5th Judicial District Court of Bowie County under trial court cause number 11 F 0798 005).  The reporter's record was originally due in this case September 10, 2013, and was most recently due to be filed by November 12, 2013.  Bates has filed two previous requests to extend the deadline for filing the reporter's record.  We granted the first two requests and stated in our disposition of the second that we would not look upon a third request with favor.  Bates has now filed a third request seeking more time to prepare the record in this appeal.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed."  TEX. R. APP. P. 35.3(c).  The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record."  *Id.*  In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the filing of the record in this case.

We overrule Bates' third request for an extension of time and order Bates to file the reporter's record in cause number 06-13-00141-CR with this Court on or before Tuesday, December 3, 2013.

If the record is not received by December 3, we warn Bates that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   November 26, 2013